# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**CHRISTINA M. VOGT,**

    Plaintiff,

v.                          **CIVIL ACTION NO.: 3:16-CV-121 (GROH)**

**MACY'S CORPORATE SERVICES, INC.,**

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO RE-OPEN CASE

Currently before the Court is the *pro se* Plaintiff's Motion to Re-Open Case.  ECF No. 12.  On September 28, 2016, Plaintiff filed an Unopposed Motion to Dismiss her complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).  ECF No. 8.  Thereafter, the Court issued an Order dismissing the case without prejudice.  ECF No. 10.  The Plaintiff avers that her case should be reopened because it was unfairly closed by the American Arbitration Association without the possibility of reopening.  ECF No. 12.

Upon review and consideration, the Court **ORDERS** that the Plaintiff's motion [ECF No. 12] is hereby **DENIED**.  The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record and the *pro se* Plaintiff.

**DATED:** January 10, 2019

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE